No. 12–5541. FRANCOIS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–5543. CUNNINGHAM v. COLSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5546. ANDERSON v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 12–5551. K'NAPP v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5552. POWELL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5553. MILLER v. MOTOR VEHICLE DIVISION ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5563. COLLINS v. WOLFE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–5568. COOPER v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 12–5573. HENDERSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 12–5574. ROBINSON v. MOSHER. C. A. 4th Cir. Certiorari denied.

No. 12–5576. BARLASS v. CITY OF JANESVILLE, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–5577. WASHINGTON v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 12–5579. THURSTON v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5580. POSTELL v. NAPEL, WARDEN. C. A. 6th Cir. Certiorari denied.